PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>EMILY A. CONTRERAS,<br><br>             Defendant. | Case No. 5:22-po-00218-CDB<br><br>[Citation #E1754154 CA/14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00218-CDB [Citation #E1754154 CA/14] against EMILY A. CONTRERAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 29, 2022            Respectfully submitted,

                                    PHILLIP A. TALBERT
                                    United States Attorney

                            By:     /s/ *Jeffrey A. Spivak*
                                    JEFFREY A. SPIVAK
                                    Assistant United States Attorney

1

U.S. v. Contreras
Case No. 5:22-po-00218-CDB

## **O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00218-CDB [Citation #E1754154 CA/14] against EMILY A. CONTRERAS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 29, 2022**                    _____
                                                   UNITED STATES MAGISTRATE JUDGE